UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN BATISTE JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | 2012 CV 07863 |
| | ) | |
| McCULLOUGH, et al, | ) | The Hon. Robert Dow |
| | ) | |
| Defendants. | ) | |

## MOTION FOR THE APPOINTMENT OF THE U.S. MARSHALL FOR SERVICE OF PROCESS

Now Comes John Batiste Jr., through his undersigned attorneys, and moves this Honorable Court for the appointment of the U.S. Marshall Service to serve the Defendants with process, stating in support as follows:

1. This *pro se* prisoner complaint was filed on November 9, 2012. The Complaint alleges the violation of the Plaintiff's civil rights at the hands of various Cook County Correctional officers.

2. This Honorable Court ordered the U.S. Marshall Service on January 3, 2013 to serve the individual Defendants. On January 9, 2013 the summons were returned unexecuted.

3. On January 29, 2013 the Court appointed George L. Grumley to represent the Plaintiff. Mr. Grumley, and his law firm, subsequently attempted to serve the Defendants by sending a waiver of summons and copies of the Complaint, all pursuant to FRCP 4(d), to the Defendatns.

4. Copies of the waiver of summons and complaints were sent both to the Defendants care of the Department of Corrections and to the State's Attorney for Cook County. Included in both transmissions were two copies of the waiver of summons as well as means to return the waiver at no cost to the Plaintiff's attorney.

5. As of the date of this Motion no return of the waiver of summons has been received by the Plaintiff's attorney or filed with the Court.

6. The Plaintiff is authorized to proceed *in forma pauperis* (DKT #5) and therefore he should not be forced to incur the expenses of hiring a private process server.

7. On June 5, 2013 this Court "encouraged" Plaintiff's counsel to use the U.S. Marshall's service to effectuate service on the Defendants. When contacted by counsel for the

Plaintiff's the Marshall's service indicated that they needed an Order from this Court directing them to serve process.

8. The Plaintiff now seeks such an Order from this Court. Counsel for Plaintiff also requests that the Cook County State's Attorney be allowed to accept process for the Defendants with mailed notice going to the Defendants vial mailed notice to their address on file with the Comptroller of Cook County, namely their work address at 29th and California, Chicago, Illinois.

WHEREFORE, the Plaintiff prays this Honorable Court to:
   A) Order the Clerk of this Court to issue Alias Summons as to the individual Defendants;
   B) Order the U.S. Marshall Service to serve the Summons and Complaint on the Cook County State's Attorney and the Department of Corrections;
   C) Order that mail service on the individual Defendants via service on the Department of Corrections is appropriate; and
   D) For such other relief as this Court may provide.

Respectfully Submitted,
JOHN BATISTE

By:     /s/     Richard C. Carey

George L. Grumley
Richard C. Carey
GRUMLEY, KAMIN & ROSIC, LLC
Three First National Plaza
70 W. Madison, Suite 2100
Chicago, IL 60602
312-994-9004 (o) * 312-994-0541 (f)

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that this Motion was filed with the Court's ECF/CM system which gave e-mail notice to all parties with an appearance on file.

/s/ Richard C. Carey