UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| John Bastiste Jr., | ) | |
| | ) | 12-CV-7863 |
| Plaintiff, | ) | |
| | ) | Honorable Judge |
| vs. | ) | Robert M. Dow |
| | ) | |
| Officer Clark, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY stipulated and agreed by and between the parties the above captioned cause of action be dismissed with prejudice and without costs as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), because the matter has been settled to the mutual satisfaction of the parties.

7/16/15  /s/ George L. Grumley
Date  George L. Grumley
 Three First National Plaza
 70 West Madison Street Suite 2100
 Chicago, IL 60602-4253
 *Attorney for Plaintiff*

7/16/15  /s/ Conor T. Fleming
Date  Conor T. Fleming
 Assistant State's Attorney
 Cook County State's Attorney's Office
 500 Richard J. Daley Ct.
 Chicago, IL 60602
 *Attorney for Defendants*